# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   LIONEL W LANDRY                §
                                        §   Case No.: 07-19880
                                        §
                                        §
                                        §
         Debtor(s)                      §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/26/2007.

2) This case was confirmed on 01/16/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/03/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/04/2011, 12/20/2011.

5) The case was dismissed on 02/15/2012.

6) Number of months from filing to the last payment: 47

7) Number of months case was pending: 55

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   18,650.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Receipts:
        Total paid by or on behalf of the debtor          $    16,925.00
        Less amount refunded to debtor                    $          .00
 NET RECEIPTS                                              $    16,925.00
===============================================================================

===============================================================================
 Expenses of Administration:

        Attorney's Fees Paid through the Plan             $     2,126.00
        Court Costs                                       $          .00
        Trustee  Expenses and Compensation                $     1,146.13
        Other                                             $          .00

 TOTAL EXPENSES OF ADMINISTRATION                          $     3,272.13

 Attorney fees paid and disclosed by debtor               $     1,374.00
===============================================================================

===============================================================================
 Scheduled Creditors:

 Creditor                       Claim          Claim          Claim         Principal       Int.
   Name            Class      Scheduled       Asserted       Allowed          Paid          Paid

 CAPITAL ASSET RECOVE  SECURED    6,875.00      10,912.40      9,915.00      9,915.00      1,019.91
 INDYMACK BANK         OTHER           NA            NA            NA            .00            .00
 INDYMAC BANK          SECURED  264,877.00     267,241.29           .00            .00            .00
 INDYMAC BANK          SECURED         NA       11,442.98           .00            .00            .00
 CAPITAL ASSET RECOVE  UNSECURED   3,040.00           .00         997.40        254.81            .00
 INDYMAC BANK          UNSECURED 107,877.00           NA            NA            .00            .00
 CODILIS & ASSOCIATES  OTHER           NA            NA            NA            .00            .00
 ILLINOIS DEPT OF REV  UNSECURED     226.47        151.67        151.67         38.74            .00
 INTERNAL REVENUE SER  PRIORITY    1,939.98           NA            NA            .00            .00
 ALLIED INTERSTATE     UNSECURED     147.00           NA            NA            .00            .00
 DIAL EQUITIES         UNSECURED   2,458.00           NA            NA            .00            .00
 PREMIER BANK CARD     UNSECURED     209.00        386.28        386.28         98.68            .00
 MERCHANTS CREDIT GUI  UNSECURED     120.50           NA            NA            .00            .00
 MRSI                  UNSECURED     140.00           NA            NA            .00            .00
 NCO FIN/99            OTHER           NA            NA            NA            .00            .00
 INTERNAL REVENUE SER  PRIORITY    1,939.98      1,939.98      1,939.98      1,939.98            .00
 INTERNAL REVENUE SER  UNSECURED     194.94        194.94        194.94         49.80            .00
 SHEREEN CRAYTON       PRIORITY         NA            NA            NA            .00            .00
 CITY OF CHICAGO PARK  UNSECURED     445.00      1,315.00      1,315.00        335.95            .00
 ILLINOIS DEPT OF REV  UNSECURED         NA           .00            .00            .00            .00
===============================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

```
===============================================================================
 Summary of Disbursements to Creditors:

                                            Claim          Principal         Int.
                                           Allowed          Paid            Paid
 Secured Payments:
     Mortgage Ongoing                          .00             .00             .00
     Mortgage Arrearage                        .00             .00             .00
     Debt Secured by Vehicle              9,915.00        9,915.00        1,019.91
     All Other Secured                         .00             .00             .00
 TOTAL SECURED:                           9,915.00        9,915.00        1,019.91

 Priority Unsecured Payments:
     Domestic Support Arrearage                .00             .00             .00
     Domestic Support Ongoing                  .00             .00             .00
     All Other Priority                   1,939.98        1,939.98             .00
 TOTAL PRIORITY:                          1,939.98        1,939.98             .00

 GENERAL UNSECURED PAYMENTS:              3,045.29          777.98             .00
===============================================================================


===============================================================================
 Disbursements:

     Expenses of Administration       $    3,272.13
     Disbursements to Creditors       $   13,652.87

 TOTAL DISBURSEMENTS:                                  $   16,925.00
===============================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:   06/04/2012                        /s/ Tom  Vaughn
                                           Tom  Vaughn,  Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.


**UST Form 101-13-FR-S(9/01/2009)**